JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL POWELL-WILLINGHAM, | Case No. 17-6508 DSF (KSx) |
| Plaintiff, | |
| vs. | JUDGMENT |
| JOINT AID MANAGEMENT USA, et al. | |
| Defendants. | |

The Court having conditionally dismissed this action on *forum non conveniens* grounds, and the conditions having been met,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing and that the action be dismissed without prejudice.

Dated: 1/31/18

Dale S. Fischer
United States District Judge