JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL POWELL-WILLINGHAM,<br>    Plaintiff,<br><br>v.<br><br>JOINT AID MANAGEMENT USA,<br>INC., et al.,<br>    Defendants. | CV 17-6508 DSF (KSx)<br><br>JUDGMENT |

    The Court having dismissed this action for lack of personal jurisdiction,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice to Plaintiff re-filing in a court that has personal jurisdiction over Defendants, and that Defendants recover just costs in accordance with 28 U.S.C. § 1919.

Date: June 25, 2020

                                                   Dale S. Fischer
                                                   United States District Judge